**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MYRON WILLIAMS, individually and as Administrator Ad Prosquendum of the ESTATE OF BRENDA WILLIAMS, LOUISE WILLIAMS, individually and as guardian ad litem for ALANA WILLIAMS, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SCRANTON, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 3:10-CV-388 <br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 1st day of April, 2013, **IT IS HEREBY ORDERED** that the Scranton Defendants' Motion for Summary Judgment (Doc. 90) is **GRANTED**.

The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge